IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-00120

LENVILLE JASON PORTER

MEMORANDUM OPINION AND ORDER

For reasons appearing to the court, the sentencing hearing in this matter shall be held at 4:00 p.m. on **January 7, 2021,** in **Charleston.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this court.

**IT IS SO ORDERED** this 14th day of October, 2020.

ENTER:

David A. Faber
Senior United States District Judge